```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

Timothy L. Grubb, et al.,           :

      Plaintiffs,             :

  v.                                 :     Case No. 2:14-cv-1587

                                        :     JUDGE ALGENON L. MARBLEY
Day to Day Logistics, Inc.,               Magistrate Judge Kemp
    et al.,                        :

      Defendants.             :

## ORDER

On April 9, 2015, Plaintiffs moved for leave to conduct certain discovery prior to the Court's ruling on the pending motions to dismiss and change venue.  The Court held a telephone conference with counsel on April 15, 2015 to discuss the motion.  As a result of those discussions, the Court grants the motion (Doc. 40) as follows.  The parties may schedule and conduct depositions of Marguerite Bartlett and Darlene Grubb.  Ms. Bartlett will be deposed solely in her capacity as a witness in this case; if she subsequently becomes a plaintiff in this or another case, she may be deposed again.  The parties shall either exchange all pertinent discovery relating to Ms. Grubb prior to her deposition, or agree that she may be deposed a second time after complete disclosure of her medical records.

                                        /s/ Terence P. Kemp
                                        United States Magistrate Judge