# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| TIMOTHY L. GRUBB, ADMINISTRATOR of the ESTATE OF DANNY H. GRUBB, DECEASED, and DARLENE K. GRUBB, INDIVIDUALLY, | : : : : : | Case No. 2:14-cv-1587 <br><br> JUDGE ALGENON L. MARBLEY <br><br> Magistrate Judge Kemp |
| Plaintiffs, <br> vs. <br><br> DAY TO DAY LOGISTICS, INC., and SCHNEIDER NATIONAL CARRIERS, INC., <br><br> Defendants. | : : : : : : : : : | |
| ANDREW PARROTT, <br><br> Plaintiff, <br> vs. <br><br> SCHNEIDER NATIONAL CARRIERS, INC., et al., <br><br> Defendants. | : : : : : : : : : : | Case No. 2:14-cv-1462 <br><br> JUDGE ALGENON L. MARBLEY <br><br> Magistrate Judge Kemp |

## ORDER DISMISSING PLAINTIFFS' COMPLAINTS AGAINST DAY TO DAY LOGISTICS WITH PREJUDICE

This matter having come before the Court upon the Motion of Plaintiffs Timothy L. Grubb, Administrator of the Estate of Danny H. Grubb, Deceased, Darlene K. Grubb, Individually, and Andrew Parrott, to dismiss this cause with prejudice, all costs and attorneys fees paid, and the Defendant, Day to Day Logistics, Inc. having no objection thereto, it is

**THE ORDER OF THIS COURT** that the causes of action by Plaintiffs Timothy L. Grubb, Administrator of the Estate of Danny H. Grubb, Deceased, Darlene K. Grubb,

Individually, and Andrew Parrott against Day to Day Logistics, Inc. is hereby dismissed with prejudice, all costs and attorneys fees paid.

ENTERED this 6th day of April 2016.

   s/Algenon L. Marbley
ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE